# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1050
Lower Tribunal No. 2019-CF-017230

_____

SHAQUILLA JORDAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Andrew Marcus, Judge.

May 8, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, MIZE and KAMOUTSAS, JJ., concur.


Shaquilla Jordan, Quincy, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alea C. Stephens, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED